February 28, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

REGINALD PETTEWAY, Appellant

NO. 14-11-00155-CV V.

TEXAS DOW EMPLOYEE'S CREDIT UNION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 10, 2010.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by REGINALD PETTEWAY.

We further order this decision certified below for observance.